■ SAM RIZZO, Individually and as Guardian ad Litem of DALE RIZZO, an Infant, Appellant, v. JOHN J. SENDERA, Respondent.— Judgment and orders affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Monroe Trial Term in an automobile negligence action. The order and amended order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ In the Matter of H. JOHN BOONE, Respondent, against CITY OF ROCHESTER et al., Appellants.— Final order and judgment affirmed, without costs of this appeal to any party, and without prejudice to the respondents-appellants to take such future proceedings with respect to the special assessment involved in accordance with the law applicable thereto. Memorandum: All parties, including appellants, agree that the judgment appealed from is proper. The appellants, however, take this appeal in order to contest the validity of one of the conclusions of law stated in the decision but not necessary to support the determination. Since the appeal is necessarily from the judgment rather than from the decision and the judgment is otherwise fully supported by the decision, we disregard the disputed conclusion as surplus and do not pass upon its validity. All concur. (Appeal from a final order and judgment of Monroe Supreme Court vacating an assessment made by the City of Rochester against the property of petitioner and striking such assessment from the records.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ RALPH MELIE, Appellant, v. JOSEPH E. WILLING, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Kimball, Williams and Bastow, JJ.

■ JAMES W. JOHNSON, Respondent, v. JAY GERE CORPORATION, Appellant.— Judgment affirmed, with costs. All concur, Kimball, J., not participating. (Appeal from a judgment of Onondaga Trial Term for plaintiff in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ MARTIN L. MERRIWEATHER, Plaintiff, v. BOLAND & CORNELIUS, Defendants, and Third-Party Plaintiffs-Appellants. PITTSTON STEVEDORING CORP., Third-Party Defendant-Respondent.— Order affirmed, with $10 costs and disbursements. All concur, Kimball, J., not participating. (Appeal from order of Erie Special Term granting a motion for dismissal of the third-party complaint in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.